CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Kimberly.Frayn@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RADU GAL,<br><br>　　　　Defendant. | Case No. 2:19-CR-00017-APG-VCF<br><br>**Stipulation to Continue Sentencing Hearing**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, Todd Leventhal, Esq., counsel for Radu Gal, that the sentencing hearing in the abovementioned case, which is currently scheduled for August 4, 2021 at 9:00, be continued and reset to a date and time convenient to this Court, but not earlier than 60 days from the current hearing date. Please note, Mr. Todd Leventhal, Esq. will be out of the Country August 14, 2021 through September 10, 2021. The request is made for the following reasons:

1. The parties request that defendant Radu Gal's August 4, 2021 sentencing hearing be continued for at least 60 days, to a date and time convenient to the Court. The parties need additional time to digest the Court's sentencing of codefendant John Badea and then to prepare and file appropriate sentencing memorandum. Additional pre-hearing motion practice may become necessary as well.

2. Gal is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance and need additional time to properly prepare for the sentencing hearing. The brief delay requested will not unduly prejudice Gal.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

5. This is the second stipulation to continue the sentencing hearing.

DATED this 26th day of July, 2021.

|  |  |
|---|---|
| By /s/ Todd Leventhal, Esq.<br>TODD LEVENTHAL, ESQ.<br>Counsel for Radu Gal | CHRISTOPHER CHIOU<br>Acting United States Attorney<br><br>BY /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RADU GAL,<br><br>    Defendant. | Case No. 2:19-CR-00017-APG-VCF<br><br>**Findings of Fact, Conclusions of Law and Order** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties request that defendant Radu Gal's August 4, 2021 sentencing hearing be continued for at least 60 days, to a date and time convenient to the Court. The parties need additional time to digest the Court's sentencing of codefendant John Badea and then to prepare and file appropriate sentencing memorandum. Additional pre-hearing motion practice may become necessary as well.

2. Gal is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance and need additional time to properly prepare for the sentencing hearing. The brief delay requested will not unduly prejudice Gal.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

5.   This is the second stipulation to continue the sentencing hearing.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matters, currently scheduled for August 4, 2021, be vacated and continued to a date and time convenient to this Court, that is on October 28, 2021, at 10:30 a.m. in Courtroom 6C before Judge Andrew P. Gordon.

DATED this 26th day of July 2021.

_____
HONORABLE ANDREW P. GORDON
United States District Court Judge